IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:12-CV-00523 (RBW) |
| ) | |
| LISA JACKSON, in her official capacity ) | |
| as Administrator, United States ) | |
| Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| HEADWATERS RESOURCES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:12-CV-00585 (RBW) |
| ) | |
| LISA JACKSON, in her official capacity ) | |
| as Administrator, United States ) | |
| Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| BORAL MATERIAL ) | |
| TECHNOLOGIES INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:12-CV-00629 (RBW) |
| ) | |
| LISA JACKSON, in her official capacity ) | |
| as Administrator, United States ) | |
| Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION TO CONSOLIDATE CASES**

Pursuant to Federal Rule of Civil Procedure 42, Defendant Lisa Jackson, Administrator, United States Environmental Protection Agency ("EPA"), moves the Court for an order consolidating the above-captioned cases. Considerations of judicial economy strongly support consolidation because each of the cases raises claims to compel performance of an alleged nondiscretionary duty to review, and revise if necessary, regulations under the Resource Conservation and Recovery Act ("RCRA") concerning coal ash. Defendant has consulted with counsel for all Plaintiffs and Movant-Intervenor, and has been authorized to represent that this motion is unopposed. In further support of this motion, EPA states:

1. In the complaints in each of these actions, plaintiffs bring a claim under the citizen suit provision of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6972(a)(2), to compel EPA to undertake review and, as necessary, revision of certain Agency regulations concerning coal ash. Although the claims and characterizations of the issues are not fully aligned among the plaintiffs, the three actions involve substantially similar questions of law and fact.

2. There would be no inconvenience, delay, or prejudice to plaintiffs in these separate actions if they are consolidated. Consolidation will allow the court to address all of the legal and factual issues related to any alleged EPA failure to perform mandatory duties under RCRA related to coal ash in a single action, thereby eliminating duplication of proceedings and briefing. EPA has not yet filed an answer in any of the three suits, and no case management order has been entered in any of the three suits.

WHEREFORE, because these three civil actions share common issues of law and fact, and judicial economy will be better served by consolidation, the Court should grant Defendant's Motion to Consolidate.

        Respectfully submitted,

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment and Natural Resources Division

By:      /S/   Eric Hostetler
        ERIC G. HOSTETLER, Attorney
        D.C. Bar #445917
        Environmental Defense Section
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044
        Voice: (202) 305-2326
        Telecopier: (202) 514-8865
        eric.hostetler@usdoj.gov

        Counsel for Defendant

Dated: May 21, 2012